IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN A. McGEEHAN,<br>Plaintiff<br>vs.<br>AMERICAN GENERAL ASSURANCE COMPANY,<br>Defendant<br>and<br>AMERICAN GENERAL ASSURANCE COMPANY,<br>Third-Party Plaintiff<br>vs.<br>LAFAYETTE AMBASSADOR BANK,<br>Third-Party Defendant | Civil Action<br>No. 03-CV-06312 |

O R D E R

NOW, this 12th day of November, 2004, upon consideration of the Motion for Summary Judgment of Defendant American General Assurance Company, which motion was filed July 30, 2004; upon consideration of Plaintiff's Response to Motion for Summary Judgment of Defendant American General Assurance Company filed August 23, 2004; upon consideration of the Motion for Leave to File a Reply Memorandum and Reply Affidavit in Further Support of Defendant's Motion for Summary Judgment and for Leave to File a Statement of Material Facts Nunc Pro Tunc, which motion was filed on behalf of defendant August 27, 2004; upon consideration of the briefs of the parties; upon

consideration of the pleadings, exhibits, affidavits, depositions and record papers; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion for Leave to File a Reply Memorandum and Reply Affidavit in Further Support of Defendant's Motion for Summary Judgment and for Leave to File a Statement of Material Facts Nunc Pro Tunc is granted as unopposed.[1]

IT IS FURTHER ORDERED that the Clerk of Court shall file Defendant's Reply Memorandum of Law in Support of Summary Judgment, which reply memorandum is attached as Exhibit A to defendant's motion for leave.

IT IS FURTHER ORDERED that the Clerk of Court shall file the Reply Affidavit of Wesley Jarvis, which affidavit is attached as Exhibit B to defendant's motion for leave.

IT IS FURTHER ORDERED that the Clerk of Court shall file Defendant's Statement of Material Facts, which statement is attached as Exhibit C to defendant's motion for leave.

IT IS FURTHER ORDERED that the Motion for Summary Judgment of Defendant American General Assurance Company is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant American General Assurance Company and against plaintiff Jean A. McGeehan on plaintiff's Complaint and

[1] Rule 7.1(c) of the Rules of Civil Procedure for the Eastern District of Pennsylvania provides that in the absence of a timely response, the court may grant as uncontested any motion except one for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff did not file any response to defendant's within motion. Accordingly, in the exercise of our discretion, we grant defendant's motion as uncontested.

defendant's counterclaim.

IT IS FURTHER ORDERED that plaintiff's Complaint is dismissed.

IT IS FURTHER ORDERED that the certificate of insurance that is the subject of this action is hereby rescinded and defendant American General Assurance Company is hereby discharged from any and all liability with respect thereto.

IT IS FURTHER ORDERED that plaintiff is hereby directed to surrender and deliver the certificate of insurance to defendant for cancellation.

IT IS FURTHER ORDERED that the Third-Party Complaint of American General Assurance Company is dismissed as moot.[2]

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case dismissed.

BY THE COURT:

James Knoll Gardner
United States District Judge

---

[2] It is the sense of this Order that because the Third-Party Complaint of American General Assurance Company ("American General") against Lafayette Ambassador Bank ("Bank") only asserts a claim for indemnification in the event that plaintiff Jean A. McGeehan recovers on her claim in the original Complaint, and because we have granted American General summary judgment on the original Complaint, there will be nothing American Gereral can recover from the Bank. Accordingly, we dismiss the Third-Party Complaint as moot.